# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marcus Duane Coyle

Plaintiff(s),

vs.

Equifax Information

Case No. 23-CV-1218 SRN / DLM
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐     NO ☒

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

Equifax Information

**COMPLAINT**

RECEIVED

MAY 22 2023

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name Marcus Duane Coyle

   Street Address 19503 Tamarack Pt

   County, City Maple Grove MN

   State & Zip Code Minnesota 55311

   Telephone Number 612-403-3286

SCANNED

MAY 22 2023

U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name Equifax Information

      Street Address 1550 PeachTree St NE

      County, City Gwinnett

      State & Zip Code Atlanta GA 30309

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question          ☐ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

Violations under Federal statute (FCRA)

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                          State of Citizenship:

N/A

Defendant No. 1:                         State of Citizenship:

Defendant No. 2:                         State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6.  What is the basis for venue in the District of Minnesota? *(check all that apply)*

☐ Defendant(s) reside in Minnesota   ☐ Facts alleged below primarily occurred in Minnesota

☒ Other: explain

Violation of The FAIR CREDit Reporting Act That FAlls Under federal Law

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. 1) Reporting FALSE Informing on a chapter 7 Bankruptcy Public Record. In which the File Nuber was Incorreat The Date of The 341 Meeting was Incorrect. The DefenDant was PRovided The correct File Nuber Also The Correct Date And Time of The CReditors meeting. Refused to Correct or Delete The Inaccurate Information on June 3rd 2022 I was Notified By The defenDant That The Public RecoRD was RemoveD From The CReDit File on August 12th, 2022 The defenDant HAD RE-Inserted The Public RecorD without 5 Day Notice To the Consumer, Which Violate (FCRA § 611 / 15. 4.5C § 168/I) The DefenDant were Asked multiple Times To PROVIDE. Reason For The ReinserteD Each of Those Time They Refused To PRovide Any Supporting Rensonor documentation Also FAiling to mark The File As Disputed By Consumer (FCRA) 623(A)(3) UnABLE to Get A Auto Loan Due to This FALSE Reportinge

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☑
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF   $ 75,000

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. I would like for The Court To Hold The DefenDant Responsible for wrong Doing And BReaking The law The Rule of Law IS cleaR. I Also would like This Court USED The DefenDant As examples To stop Doing This to so many others Consumers And myself.
1. mental Anguish
2. Economic Damages
3. Statutory Damages
4. Punitive Damages

5. RemovABLE of All Accounts Thats IS RepoRteD As violation undPR The FCRA AND INACCURATE IN Its EntiRety FROM The CReDit RepoRt.

4

17) (2) On September 12th, 2007 When Reviewing Equifax Credit Report I Noticed That The defendant were Reporting FALSE And Incomplete Credit Reporting on Wells Fargo Account. I Submitting A Dispute With The Defendant About The Violation under the fact That The Account WAS Not Included In Bankruptcy. After Multiple Disputes. The defendant kept Responding That The Account WAS Verified Using FACTUAL BASED Information The plaintiff PROVIDED Equifax A Copy of The CREDit Report. Asking The defendant To Identify Where The Included In Bankruptcy WAS Located on the CREAT Report. Equifax Never Did Responded Verifies Identify The missing Information Responded Verifies. After After Continuing Dispute. It Became More clear. That The Defendant. had Refused To Conduct A Proper Investigation To Maximum Possible Accuracy (Arroting The CREditor. To keep The Violated Account on the Report willful And Reckless Reporting. After being Notified. On or Between April 14, 2023 AND April 23th, 2023 The plaintiff RecieVED Notication ViA A Credit monitoring Service. That The plaintiff PAYS for That A New WellsFARGO Account. WAS ADDED To the CREDit File The plaintiff Immediately Notified The CREDit In feAR. That Some WAS Opening up CRiDit In my NAME. Wells FARGO ContActED The plaintiff. ViA PHONE And written WellsFARGO Letter (see BACK side

That It was InFact Two Accounts Reporting on the Plaintiffs CREDIT Report with A open Date of August 27, 2017 AND The Second Account Showing August 27, 2022 THERE Should HAVE Not Been Any ActiveD Disputes with EquifAX ON OR AROUND April 24th, 2023 April 21st 2023 with The DefenDATEN Due to ActiveD Litigation During ThAT TIME. EquifAX ActeD Willful AND Reckless

(2) Also INPROPER USE of ConsumeR CReDit FILE

M) (3) ASSOCIATED HEALTHCARE ACCOUNT REPORTING ON EQUIFAX CREDIT REPORT WITH FCRA VIOLATIONS THE DEFENDANT WERE NOTIFIRED AND REFUSED TO REMOVE OR CONDUCTED A REASONABLE INVESTIGATION

1. The Account WAS NOT INCLUDED IN BANKRUPTCY

2. Required Notice of Disputed Not showing Consumer Disputed FCRA Section 623(A)(3)

③ DATE of LAST Activity Missing Then forged To A more Recent DATE, To make The Account APPEAR AS It WAS A NEW Account That WAS IN Delinquent In which The CREDit SCORE TO Drop

④ Between April 30, 2023 AND MAY 4th, 2023 The DefenDANT Remove. ASSOCIATED Health CARE Account FROM The CREDit FILE Then ReinseRtED The Account BACK to the CREDit File. without Notication to The Consumer Within 5 Business DAYS FCRA 611 AND U.SC & 168/I

⑤ FAilure TO PROVIDE Reason foR REINSertion

⑥. Account Should HAVE Never Been CHANGE ON OR Disputed Due to Active Litigation ON Around April 30, 2023 AND MAY, 4, 2023 Equifax HAD Been SERVED PROPERly AND Fully AWARE of The LAWSuit IN Hennepin County concilliation court

7. IN PROPER USE of The CREDit FILE. By Changing Information That WAS NOT EVEN Disputed By The Consumer At The Time of Changes

(7)(4) Two Discover Accounts was Not Included in Bankruptcy Equifax Refused to Fix or Remove the Account After Being Notified of The Violations Under the FCRA.

1. Failure to mark Both Accounts As Disputed After The Completion of The Investigation which is Required Under the FCRA

2. Re. Aging Both Account. Date of Last Activity Without Cause of What Changed the DOLA. No Payments or the Bankruptcy were Added Therefore The Date of Last Actived should have Never Change To 5/2021

3. Incomplete Payment history

4. Their Improper use of a 3RD Discover Account That was Never In question or Disputed with Equifax In Good Stand Paid Infull while Disputing Discovers other Accounts That was unlawful Reporting The Defendant Intentionally Removed The Account That was In good Standing AND Never Disputed.

5. Failure To Respond To A Disputed Item within 30 Day Asking Equifax To Provide me with A Copy of Any Information documents showing what Dispute Did They Received from me Regarding The Removal of The Account No Response. Cause of Credit Score To Drop.

(7)(5) ON MARCH 7th 2022. Equifax were notified of inaccurate payment history on Mission Lane account. The credit report was showing the first late payment on January 2022 as 60 days there is no way that you could be 60 day late. Equifax clamied that account was verified as accurate. After two months account was verified as accurate. After two months changes were made repeatedly by Equifax. The report is still inconsistent on the payment history when cross-referencing Experian & Transunion

2) Failure to mark the account as disputed within 30 day of the completed investigation FCRA 623 (A)(3)

3) Failure to provide the method of verification when in question as to how the account was verification and verified. Section 611(C)

7.(6) LVNV Funding LLC.

1. The Defendant were Notified That the collection Account were showing A past Due Blance No collection Account should every show A past Due Balances

1. Willfully AND Recklessly Reporting False Information After Being Notified of The InReferecED ERROR

2.

7. (2)   Merrick Bank Payment History Is Inaccurate
With Inconsistencies with Eyperian & Transunion.
the Defendant Claim Oct 2021 Unknown Payment
Then Changed To 30 Days Late. However The other Two
Bureaus Are showing Paid As Agreed.
1) Willfully And Recklessly Reporting False Information
   After Being Notified of Errors.
2) Fail To Conduct A Proper Investigation Using
   Factual Base Dispute
3) Noticed of Required Dispute Not Marked As
   Disputed
4) Failure to Proven The Method of Verification
   Within 15 Days

18) 8. KASHABLE LLC

Defendant were Notified of Incorrect Payment History for July 2022 & Aug 2022 And Sept 2022 for Each of Those months The Credit Report were Showing 30 Days Late That Is Impossible.

1. Willful And Recklessly Reporting False Information After Being Notified of Error

2. Failure to Conduct A Proper Investigation Using Factual Based Dispute.

3. Failure to Provied The Method of Verication Within 15 Days

4. The Requred Notice of Dispute was Not Entered As Disputed

7. ⑨) Equifax was Notified That Wings Financial Credit Union Account was Not Reporting AS Include In Bankruptcy on -1-5-2023 Equifax Refused to Correct or Delete The Account Due to FCRA Violation.

② The Account was Never Marked AS Disputed By Consumer within 30 Day of The Investigation.

③ Date of Last Active was Changed To make The Account Appear AS A New Adverse Account Which Cause The Credit Score to go lower.

④ Remove Wings Financial From The Credit file Readded The Account with out Proper Notification with in 5 Business Days To The Consumer & Nor with Explanation. Information was found out By The Credit monitoring Service. That The Plaintiff Pays for.

⑤ Willful Reckless Reporting Keep From Conducting A Proper Investigation

6. Inproper use of the Credit Report At The Time of The Delection There should HAVE Never Been AN Active Investigation At That Time

7. making changes To the Report During The Active Litigation AND still willfully making changes Currently.

Signed this 22th day of MAY, 2023

Signature of Plaintiff

Mailing Address  19503 TAMARACK Pt
MAPle GROVE MN 55311

Telephone Number 612-403-3286

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

Save    Print

5