UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marcus Dwane Coyle,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC,<br><br>　　　　　Defendant. | No.  23-cv-1218 (SRN/DLM)<br><br>**ORDER SETTING<br>PRETRIAL CONFERENCE** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a pretrial conference will be held on **September 29, 2023 at 2:30 p.m.**, before United States Magistrate Judge Douglas L. Micko, in Courtroom 6B of the Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota 55101.  **Counsel should allow enough time for travel, taking into account weather, traffic congestion and road construction, to ensure that they will be present and ready to proceed at the designated starting time.**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel shall meet prior to the scheduled pretrial conference to discuss settlement and the matters required by Fed. R. Civ. P. 26(f), and shall jointly prepare and file a complete written Report of the Rule 26(f) meeting **at least one week** prior to the pretrial conference.  **NOTE: The Report must be submitted in the attached format**.  Please email a copy of the report in Word format to Magistrate Judge Micko at *micko_chambers@mnd.uscourts.gov*.

Counsel and pro se litigants are expected to review and familiarize themselves, <u>before</u> the Rule 26(f) conference, with the Federal Rules of Civil Procedure and the Local Rules for the District of Minnesota ("Local Rules").  A copy of the Local Rules can be found on the Court's website at *http://www.mnd.uscourts.gov/local_rules/index.shtml.*

In addition, each party shall email to chambers **at least one week** before the pretrial conference a confidential settlement letter addressing what settlement discussions have taken place, whether the party believes an early settlement conference would be productive, and what discovery each party believes is necessary before an early settlement conference can take place.

If any party does not have counsel of record listed in this case, Plaintiff's counsel bears the responsibility to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

Failure of any party or counsel to comply with any part of this Notice, including delivery of a copy of the Rule 26(f) Report to Magistrate Judge Micko's chambers by the time specified in this Notice, may result in the postponement of the pretrial conference, the imposition of an appropriate sanction on the party or attorney who failed to comply, or both.

Lead trial counsel should make every effort to attend the pretrial conference in person.  If this is not possible, substitute counsel who can knowledgeably discuss the dispute, the matters set forth in Fed. R. Civ. P. 16(c), the Rule 26(f) Report, and the status of settlement discussions should attend.  Counsel should contact Magistrate Judge Micko's

Courtroom Deputy, at 651-848-1900 or micko_chambers@mnd.uscourts.gov, with respect to any matters concerning the pretrial conference.

Magistrate Judge Micko generally discourages attendance remotely at the pretrial conference except where participation in person would impose an undue burden in view of the nature of the case, the amount at issue, and the matters likely to be discussed at the conference. **If counsel wishes to appear remotely**, they should first meet and confer with one another to discuss the issue. Counsel can then contact Magistrate Judge Micko's Courtroom Deputy, at 651-848-1900 or micko_chambers@mnd.uscourts.gov, at least two (2) business days prior to the pretrial conference to make arrangements.

DATED:  August 14, 2023    　　　　　 *s/Douglas L. Micko*
　　　　　　　　　　　　　　　　　　　DOUGLAS L. MICKO
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge